1
2
3
4    UNITED STATES DISTRICT COURT
5    NORTHERN DISTRICT OF CALIFORNIA
6    SAN JOSE DIVISION
7

8    JANE DOE 1, ET AL.,                    Case No.18-cv-02349-BLF   (VKD)

           Plaintiffs,
9
                                            **ORDER RE SCHEDULE FOR**
10        v.                                **JURISDICTIONAL DISCOVERY**

11   KIRSTJEN NIELSEN, et al.,              Re: Dkt. No. 105

           Defendants.
12

13        On September 7, 2018, the Court granted plaintiffs' request to conduct jurisdictional

14   discovery of the nature of the agency action at issue.  Dkt. No. 102.  The Court set a schedule for

15   conducting jurisdictional discovery based on plaintiffs' proposal, which defendants did not

16   oppose.  *Id.*

17        Defendants have not complied with the discovery schedule, and now seek an extension of

18   the deadlines originally set by the Court for their compliance.  Dkt. No. 105.  Plaintiffs oppose an

19   extension.  Dkt. No. 106.  The Court held a hearing on defendants' motion on November 6, 2018.

20   Dkt. No. 131.

21        At the hearing, defendants represented that they have not produced any responsive

22   documents to date, but they are prepared to begin producing documents as soon as the Court enters

23   a protective order.  Defendants further represented that the documents that remain to be collected

24   and reviewed number in the "low thousands" of pages.  Dkt. No. 131.

25        For the reasons explained on the record at the hearing, the Court orders defendants to begin

26   producing documents to plaintiffs immediately and to continue production on a rolling basis.

27   Defendants shall endeavor to prioritize the production of documents per plaintiffs' request

28   following further discussion between counsel.  Defendants shall complete the production of

1  responsive documents by **December 7, 2018**.  The Court expects that the attorneys of record in

2  this action will actively manage the collection, review, and production of all responsive documents

3  to meet the December 7, 2018 deadline.  The Court extends the deadline for completion of

4  jurisdictional discovery accordingly to **January 7, 2019**.

5          **IT IS SO ORDERED.**

6  Dated: November 6, 2018

8
9          VIRGINIA K. DEMARCHI
           United States Magistrate Judge