United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE 1, et al., <br>     Plaintiffs, <br> v. <br> KIRSTJEN NIELSEN, et al., <br>     Defendants. | Case No. 18-cv-02349-BLF (VKD) <br><br> **ORDER RE FEBRUARY 12, 2019 DISCOVERY DISPUTE LETTER AND STATUS OF JURISDICTIONAL DISCOVERY** <br><br> Re: Dkt. Nos. 161, 162 |

**I. FEBRUARY 12, 2019 DISCOVERY DISPUTE**

Plaintiffs ask the Court to order defendants to specify a date by which defendants will complete their re-production of documents that have been improperly redacted, and a date by which defendants will complete their identification and "clawback" of produced documents that contain metadata that inadvertently disclosed privileged information.

Defendants have had ample time to assess how long it will take them to correct these errors. They shall advise plaintiffs of dates certain for the re-production of redacted documents and the identification of "clawback" documents no later than **February 22, 2019**.

**II. DEFENDANTS' FEBRUARY 13, 2019 STATUS REPORT**

The Court ordered defendants to provide a schedule for review and production of the documents remaining to be produced from USCIS and the Department of State by February 13, 2019. Defendants have not complied with that order and effectively request an extension of time until February 22, 2019 to comply. The requested extension of time is granted. Defendants shall comply with this Court's February 5, 2019 order and advise the Court of a schedule for review and production by **February 22, 2019**. *See* Dkt. No. 159 at 2:5-10.

**IT IS SO ORDERED.**

Dated: February 19, 2019

_____
VIRGINIA K. DEMARCHI
United States Magistrate Judge