United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISON

| | |
|---|---|
| JANE DOE 1, et al.,<br>          Plaintiffs,<br>v.<br>KIRSTJEN NIELSEN, et al.,<br>          Defendants. | Case No.18-cv-02349-BLF   (VKD)<br><br>**ORDER REQUIRING COMPLIANCE WITH COURT ORDER**<br>Re: Dkt. No. 166 |

Defendants filed a status report on February 22, 2019 representing that the number of documents from the Department of State remaining to be reviewed and produced total 14,396, and that the number of documents from USCIS remaining to be reviewed and produced total 852. Dkt. No. 166 at 2. These totals are the same as the totals that defendants represented remained in their February 13, 2019 status report. Dkt. No. 162 at 2. Defendants report that they will complete production of the 14,396 remaining documents from the Department of State by July 31, 2019, and that they will complete production of the 852 remaining documents from USCIS by April 30, 2019.

Defendants' status report fails to comply with the Court's order dated February 5, 2019, which required defendants to advise the Court of "their anticipated schedule for review and production of the remaining documents, taking into account the number of documents that need to be reviewed, the nature of the documents (e.g., emails, policy documents, etc.), the pace at which the reviewers will work (i.e., number of documents per hour or per day), and whether attorneys and other legal staff from the Department of Justice can assist with the initial review (as opposed

to merely 'second-line' review)."[1] Dkt. No. 159.  Defendants shall submit a further status report by **February 25, 2019** that includes a description of the nature of the documents remaining to be reviewed, the number of reviewers currently assigned to the respective document collections from USCIS and the Department of State, the number of reviewers currently assigned to the respective document collections from the Department of Justice, and the estimated pace at which the reviewers will work (e.g., number of documents reviewed per hour, and number of hours spent reviewing per day or per week).

Defendants are advised that further failure to comply with the Court's orders risks sanctions.

**IT IS SO ORDERED.**

Dated: February 22, 2019

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge

---

[1] The Court's February 5 order was directed to a status report due on February 13, 2019.  Dkt. No. 159.  On February 13, 2019, defendants requested an extension of their deadline to provide a proposed end-date for production until February 22, 2019.  Dkt. No. 162 at 4.