1 | BRIAN M. BOYNTON
Acting Assistant Attorney General
2 | Civil Division
WILLIAM C. PEACHEY
3 | Director
Office of Immigration Litigation
4 | District Court Section
WILLIAM C. SILVIS
5 | Assistant Director
MICHELLE M. RAMUS
6 | SERGIO F. SARKANY
ELIZABETH R. VEIT
7 | JAMES J. WEN
Trial Attorneys
8 | THOMAS B. YORK (VBN 94324)
Trial Attorney
9 | Office of Immigration Litigation
District Court Section
10 | United States Department of Justice
P.O. Box 868, Ben Franklin Station
11 | Washington, DC 20044
Tel.: (202) 598-6073; Fax: (202) 305-7000
12 | Thomas.b.york@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE 1, et al. | Case No. 5:18-cv-2349-BLF-VKD |
| Plaintiffs, | <u>CLASS ACTION</u> |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER TO STAY DEFENDANTS' ANSWER DEADLINE** |
| ALEJANDRO MAYORKAS, et al. | |
| Defendants. | Judge: Hon. Beth L. Freeman |

WHEREAS the Parties are actively engaged in good faith settlement discussions that may resolve the remaining disputed legal issues raised in this case;

WHEREAS, the Court set April 14, 2021 as the deadline for Defendants to file an answer responding to Plaintiffs' First Amended Complaint, ECF No. 433 at 24;

WHEREAS, Civil Local Rules 6-1(b) and 6-2(a) allow the Parties to request an order changing the time that would affect the date of an event or deadline already fixed by Court order;

WHEREAS, the Parties have conferred via email and teleconference regarding settlement discussions and the answer deadline; Ex. A, York Decl. ¶ 2.

WHEREAS, Plaintiffs communicated to Defendants that they intend to move for further relief regarding the redaction of the March 15, 2021 Order Granting in Part and Denying in Part Defendants' Motion to Dismiss, ECF No. 433 (*see also* Order Granting in Part and Denying in Part Defendants' Proposed Redactions to the Court's March 30, 2021 Order Granting In Part and Denying in Part Defendants' Motion to Dismiss, ECF 442);

WHEREAS, the Parties have reached an agreement that Defendants' deadline to answer Plaintiffs' First Amended Complaint be stayed to facilitate ongoing settlement discussions, and that such a stay will not inhibit the Court from considering briefing from the Parties as to the ancillary issue of Plaintiffs' intended request for further relief regarding redactions to the Court's March 15, 2021 Order; Ex. A, York Decl. ¶ 3;

WHEREAS, the interests of the Parties as well as the Court in avoiding unnecessary further litigation will best be served by ensuring efficient settlement discussions;

WHEREAS, given that settlement discussions are progressing, the Parties request that the May 20, 2021 Case Management Conference be removed from the Calendar, ECF No. 434;

WHEREAS, the Parties similarly request that the Court no longer require the Parties to file a joint case management statement by May 13, 2021, *see id.*;

ACCORDINGLY, it is now hereby STIPULATED AND REQUESTED that the Court stay the deadline for Defendants' Answer to Plaintiffs' First Amended Complaint, including all concomitant deadlines related thereto, for ninety (90) days, pending the outcome of the Parties'

good-faith settlement discussions; and that such a stay does not prevent Plaintiffs from moving for further relief regarding redactions to the Court's March 15, 2021 Order. This stay shall not bar either party from requesting the stay be (1) lifted, in the event settlement conversations reach a dead end, or (2) extended, in the event settlement conversations are proceeding amicably and require additional time. It is further STIPULATED AND REQUESTED that the Court remove the May 20, 2021 Case Management Conference from the Calendar, and similarly not require the Parties to file a corresponding joint case management statement.

IT IS SO STIPULATED AND REQUESTED.

Dated: April 9, 2021                    Respectfully submitted,

                                        By:   /s/ *Belinda S Lee*

                                        LATHAM & WATKINS LLP
                                        Belinda S Lee (Bar No. 199635)
                                        Katherine M. Larkin-Wong (Bar No. 281038)
                                        Caroline N. Esser (Bar No. 307745)
                                        Devon A. Diggs (Bar No. 329380)
                                        505 Montgomery Street, Suite 2000
                                        San Francisco, CA 94111-6538
                                        Tel:   +1.415.391.0600
                                        Fax:   +1.415.395.8095
                                        Email: *Belinda.Lee@lw.com*
                                               *Caroline.Esser@lw.com*
                                               *Devon.Diggs@lw.com*

                                        Keith L. Williams (Bar. No. 314503)
                                        10250 Constellation Blvd., Suite 1100
                                        Los Angeles, CA 90067
                                        Tel:   +1.424.653.5500
                                        Fax:   +1.424.653.5501
                                        Email: *Keith.Williams@lw.com*

Dated: April 9, 2021                    By:   /s/ *Kathryn C. Meyer*

                                        INTERNATIONAL REFUGEE
                                           ASSISTANCE PROJECT
                                        Deepa Alagesan (*pro hac vice*)
                                        Mariko Hirose (*pro hac vice*)
                                        Kathryn C. Meyer (*pro hac vice*)
                                        One Battery Park Plaza, 4th Fl.
                                        New York, NY 10004
                                        Tel:   +1.516.701.4620
                                        Fax:   +1.929.999.8115

|   |   |   |
|---|---|---|
| 1 |  | Email: *mhirose@refugeerights.org* |
|   |  |        *kmeyer@refugeerights.org* |
| 2 |  |        *dalagesan@refugeerights.org* |

Melissa S. Keaney (Bar No. 265306)
PO Box 2291
Fair Oaks, CA 95628
Tel:   +1.916.546.6125
Email: *mkeaney@refugeerights.org*

*Attorneys for Plaintiffs Does 1-8 and the Class*

Dated: April 9, 2021

BRIAN M. BOYNTON
*Acting Assistant Attorney General*
Civil Division
WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section
WILLIAM C. SILVIS
*Assistant Director*
MICHELLE M. RAMUS
SERGIO S. SARKANY
ELIZABETH R. VEIT
JAMES J. WEN

By:   /s/ *Thomas B. York*
THOMAS B. YORK (VBN: 94324)
*Trial Attorneys*
U.S. Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 598-6073; Fax: (202) 616-8962
thomas.b.york@usdoj.gov

*Attorneys for Defendants*

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories hereto.

/s/ *Thomas B. York*

Thomas B. York
*Attorney for Defendants*

**[PROPOSED] ORDER**

Good cause appearing, the above stipulation is approved. PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: April 9, 2021

_____
Honorable BETH LABSON FREEMAN
United States District Judge