# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE 1, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ALEJANDRO N. MAYORKAS, et al.,<br><br>    Defendants. | Case No. 18-cv-02349-BLF<br><br>**ORDER REGARDING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; SETTING CASE MANAGEMENT CONFERENCE** |

The Court has received Plaintiffs' unopposed motion for preliminary approval of a class action settlement in this matter, along with a joint request to vacate the hearing and decide the motion on the papers. ECF No. 463. The Court has identified potential issues with the preliminary approval papers that require discussion with counsel. Accordingly, a case management conference is SET for **Friday, December 3, 2021 at 9:00 a.m. via Zoom**. Counsel SHALL be prepared to discuss the motion with the Court, including these issues:

1. **Class Notice**. The notice attached to the preliminary approval papers only allows members of the proposed settlement class to object to the settlement. There is no indication on the docket that the certified amended class that would be affected by this settlement ever received notice and the opportunity to opt-out of the class.

2. **Signed Settlement Agreement**. The Settlement Agreement only bears the signatures of counsel. The Parties must also sign the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: November 19, 2021

*/s/ Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge