# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE 1, et al.,<br>        Plaintiffs,<br>v.<br>ALEJANDRO MAYORKAS, et al.,<br>        Defendants. | Case No. 18-cv-02349-BLF<br><br>**ORDER SETTING FURTHER FINAL APPROVAL HEARING** |

Based on the discussion at today's hearing, the Court SETS a further final approval hearing on **Thursday, February 10, 2022, at 9:00 a.m. via Zoom**. **No later than Friday, February 4, 2022**, the parties SHALL submit information to the Court regarding their discussions of the issues raised at the hearing.

**IT IS SO ORDERED.**

Dated: January 27, 2022

_____
BETH LABSON FREEMAN
United States District Judge