1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

JANE DOE 1, et al.,

Plaintiffs,

v.

ALEJANDRO MAYORKAS, et al.,

Defendants.

Case No. 18-cv-02349-BLF

**ORDER REGARDING FINAL APPROVAL PAPERS**

The Court previously ordered the parties to meet-and-confer regarding form of their final approval papers. ECF No. 481. The Court notes that it has in other class actions signed a "Final Judgment and Dismissal" as part of the document granting final approval to a class action settlement and terminating the case. *See, e.g.*, "Order Granting Plaintiffs' Motion for Final Approval of the Class-Action Settlement and for Attorneys' Fees and Costs and Service Awards; and Entering Final Judgment and Dismissal" at 11–12, ECF No. 139, *Ford v. 24/7, Inc. et al.*, No. 18-cv-2770 (N.D. Cal., filed Jan. 28, 2022). If that form of order is acceptable to the parties, they may submit revised documents along those lines to the Court for review.

**IT IS SO ORDERED.**

Dated: January 28, 2022

_____
BETH LABSON FREEMAN
United States District Judge